IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIE M. BLANCH, III | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-01-C-0013-S |
| | ) | |
| BETTY GAMBLE: Chief of Police, and | ) | |
| CAPT. ROBERTS, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 16, 2001, recommending that the allegations against defendant Betty Gamble filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). The magistrate judge also recommended the claims against Capt. Roberts be referred to him for further proceedings. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the claims against defendant Gamble are due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b) and the remaining claims against defendant Roberts are due to be referred to the magistrate judge for further proceedings. An appropriate order will be entered.

DATED this the 14th day of May, 2001.

_____
Chief United States District Judge
U. W. Clemon